Per Curiam.

(No. 75-CC-1004—

IBM Corporation, Claimant, *vs.* State of Illinois, Department of Children and Family Services, Respondent.

*Opinion filed June 16, 1975.*

IBM Corporation, Claimant, pro se.

William J. Scott, Attorney General; William E. Webber, Assistant Attorney General, for Respondent.

Per Curiam.

(No. 75-CC-1026—

West Publishing Company, Claimant, *vs.* State of Illinois, Department of Law Enforcement, Respondent.

*Opinion filed June 16, 1975.*

West Publishing Company, Claimant, pro se.

William J. Scott, Attorney General; William E. Webber, Assistant Attorney General, for Respondent.

Per Curiam.